# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF IOWA

MARJORIE E. KRAHN
CLERK OF COURT

COUNCIL BLUFFS
DAVENPORT
DES MOINES

Polk County Clerk of Court
500 Mulberry
Des Moines, IA 50309

RE: 4:15-cv-00456

To Whom It May Concern:

Enclosed please find case file materials for the above-noted case which has been remanded back to your court.

Please contact me should you require additional information.

Sincerely,

/s/ Mackenzie Patterson

Deputy Clerk

Enclosures